97cv5127 February 13, 2008

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 07-CV-138

In Regard to the Matter of:

Bayside State Prison                    Opinion and Report

Litigation                                      of the

                                                Special Master

VICTONIO GOLDEN,

            -vs-

WILLIAM H. FAUVER, et al,

            Defendants.

                *       *       *       *

            WEDNESDAY, FEBRUARY 13, 2008
                *       *       *       *


BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER



            MASTROIANNI & FORMAROLI, INC.

    Certified Court Reporting & Videoconferencing

            251 South White Horse Pike

            Audubon, New Jersey 08106

                856-546-1100

```
 1

 2

 3                     Transcript of proceedings in the above

 4     matter taken by Theresa O. Mastroianni, Certified

 5     Court Reporter, license number 30X100085700, and

 6     Notary Public of the State of New Jersey at the

 7     United States District Court House, One Gerry Plaza,

 8     Camden, New Jersey, 08102, commencing at 9:30 AM.

 9

10     A P P E A R A N C E S:

11

12          JAIME KAIGH, ESQUIRE
            32 NORTH BLACK HORSE PIKE
13          SUITE 5
            BLACKWOOD, NEW JERSEY 08012
14          ATTORNEYS FOR THE PLAINTIFFS

15

            RODNEY D. RAY, ESQUIRE
16          32 NORTH BLACK HORSE PIKE
            BLACKWOOD, NEW JERSEY  08012
17          856-232-3337
            ATTORNEYS FOR THE PLAINTIFFS

18

19

            ROSELLI & GRIEGEL, PC
20          BY:  JAMES LAZZARO, ESQUIRE
                 - and -
21          BY:  KENNETH W. LOZIER, ESQUIRE
                 - and -
22          BY:  STEVEN GRIEGEL, ESQUIRE
            1337 STATE HIGHWAY 33
23          HAMILTON SQUARE, NEW JERSEY  08690
            609-586-2257
24          ATTORNEYS FOR THE DEFENDANTS

25
```

1              JUDGE BISSELL:   I turn now to the

2    decision regarding the case brought by Victonio

3    Golden, docket number 08-138 and ask that that action

4    also be reopened for the purpose of generating this

5    transcript.

6              Once again, I am proceeding pursuant to

7    the parameters and perimeters of instructions to me

8    as set forth in the Order of Reference to a Special

9    Master and the Special Master Agreement.

10             I incorporate by reference the jury

11    instructions as set forth in the Walker and Mejias

12    charges as setting forth the underlying principles of

13    law against which these facts have been measured to

14    the extent they are applicable to the particular

15    issues in this case.  And this decision is being

16    issued in compliance with the obligation of a written

17    report as contemplated by the Special Master

18    Agreement, employing Local Civil Rule 52.1 for the

19    issuance thereof.

20             Victonio Golden describes a hit on his

21    head and a punch in his eye as having happened to him

22    in lockup upon his return from a court line date late

23    in August and shortly before his release from Bayside

24    on or about September 5, 1997.

25             The injuries were described as a hit on

1    the left back side of his head causing scarring, and

2    a punch to the left eye.  And, indeed, those injuries

3    are both described and mentioned in the relatively

4    contemporaneous written statements that he gave which

5    have been entered into evidence as D-40 and D-41.

6                    However, there are significant

7    discrepancies between the descriptions in those

8    contemporaneous documents and his testimony here in

9    court.

10                   He does, indeed, associate the events

11   involved with the officer who was with him on his

12   court line date as well as on previous occasions.

13   However, in those documents, he does not place his

14   eye injury at the time stated in his testimony here

15   in court, but rather at a considerably earlier time

16   period in the month of August of 1997.

17                   There are other discrepancies between

18   the report and his testimony here in court which I'm

19   not going to dwell on at any great length.

20                   His testimony in court, therefore, was

21   really impeached by placing the events of both the

22   hit which caused the bleeding on his head and his eye

23   injury as taking place back in the lockup upon his

24   return from the court line proceeding rather than

25   earlier.

1                Once again, there are other incredible

2        aspects of his testimony.  The duration and severity

3        of his headaches for a ten-and-a-half year period,

4        resulting from a single blow to the head such as

5        this, I do not find credible.

6                And I might say I did examine the scar,

7        its noticeable, it's in the area that he described, I

8        have no reason to think that it didn't occur somehow

9        and somewhere, but I'll have more to say about that

10       later.

11               Also, the delayed designation of

12       Officer Walker and the absence of any credible

13       evidence to identify him which, of course, led to my

14       direction that no matter what the outcome of this

15       case there would be no recommended judgment against

16       Officer Walker, has some impact upon the Plaintiff's

17       credibility generally.

18               As far as this record is concerned, the

19       reference to Officer Walker came out of the blue.

20       Indeed, in reviewing the transcript of post trial

21       motions, apparently the references before then were

22       to an Officer Morris who wasn't even mentioned here.

23               To reiterate, I find that the evidence

24       which he endeavors to describe here in court as

25       having taken place only upon his return to the

1    lockup, after his court line hearing, is fatally

2    inconsistent with the contemporaneous statements

3    which he offered regarding the placing of both his

4    head and eye injuries on a time line.

5            I find the testimony here in court

6    contrived, albeit for no particularly apparent

7    reason. But I have to measure it as it comes in

8    terms of its credibility and whether the plaintiff

9    has discharged his burden of proof by a preponderance

10   of the credible evidence. That trial testimony was

11   not credible and was impeached by his prior

12   statements which, of course, were offered for

13   impeachment purposes. Even though the eye injury was

14   observed upon his release and led to the generation

15   of D-40 and D-41 and the interviews by Internal

16   Affairs, I conclude nevertheless that there was no

17   adequate competent proof of exactly how, when, why

18   and by whom those injuries, in fact, occurred.

19          Finally, although not every item of

20   evidence has been discussed in this opinion/report,

21   all evidence presented to the Special Master was

22   reviewed and considered.

23         This plaintiff, therefore, has failed

24   to discharge his burden of proof and it will be my

25   recommendation in this written report that Mr. Golden

1    has not sustained his Eighth Amendment claims and

2    hence will have no recovery against anyone in his

3    case.  I recommend in this report that the District

4    Court enter a verdict of no cause for action.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               C E R T I F I C A T E

2

3          I, Theresa O. Mastroianni, a Notary Public and

4     Certified Shorthand Reporter of the State of New

5     Jersey, do hereby certify that the foregoing is a

6     true and accurate transcript of the testimony as

7     taken stenographically by and before me at the time,

8     place, and on the date hereinbefore set forth.

9          I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19    *Theresa O. Mastroianni*

       Theresa O. Mastroianni, C.S.R.

20    Notary Public, State of New Jersey

       My Commission Expires May 5, 2010

21    Certificate No. XI0857

       Date:   February 19, 2008

22

23

24

25

**A**

absence 5:12
accurate 8:6
action 1:2 3:3
  7:4 8:11,14
adequate 6:17
Affairs 6:16
Agreement 3:9
  3:18
al 1:8
albeit 6:6
Amendment 7:1
apparent 6:6
apparently 5:21
applicable 3:14
area 5:7
aspects 5:2
associate 4:10
attorney 8:10,12
ATTORNEYS
  2:14,17,24
Audubon 1:21
August 3:23
  4:16

**B**

back 4:1,23
Bayside 1:5 3:23
BISSELL 1:16
  3:1
BLACK 2:12,16
BLACKWOOD
  2:13,16
bleeding 4:22
blow 5:4
blue 5:19
brought 3:2
burden 6:9,24

**C**

C 2:10 8:1,1
Camden 2:8
case 3:2,15 5:15
  7:3
cause 7:4
caused 4:22

causing 4:1
Certificate 8:21
Certified 1:20
  2:4 8:4
certify 8:5,9
charges 3:12
Civil 1:2 3:18
claims 7:1
comes 6:7
commencing 2:8
Commission
  8:20
competent 6:17
compliance 3:16
concerned 5:18
conclude 6:16
considerably
  4:15
considered 6:22
contemplated
  3:17
contemporane...
  4:4,8 6:2
contrived 6:6
counsel 8:10,12
course 5:13 6:12
court 1:1,20 2:5
  2:7 3:22 4:9,12
  4:15,18,20,24
  5:24 6:1,5 7:4
credibility 5:17
  6:8
credible 5:5,12
  6:10,11
C.S.R 8:19

**D**

D 2:15
date 3:22 4:12
  8:8,21
decision 3:2,15
Defendants 1:9
  2:24
delayed 5:11
describe 5:24
described 3:25

4:3 5:7
describes 3:20
descriptions 4:7
designation 5:11
direction 5:14
discharge 6:24
discharged 6:9
discrepancies
  4:7,17
discussed 6:20
District 1:1,2 2:7
  7:3
docket 3:3
documents 4:8
  4:13
duration 5:2
dwell 4:19
D-40 4:5 6:15
D-41 4:5 6:15

**E**

E 2:10,10 8:1,1
earlier 4:15,25
Eighth 7:1
employee 8:10
  8:12
employing 3:18
endeavors 5:24
enter 7:4
entered 4:5
ESQUIRE 2:12
  2:15,20,21,22
et 1:8
events 4:10,21
evidence 4:5
  5:13,23 6:10
  6:20,21
exactly 6:17
examine 5:6
Expires 8:20
extent 3:14
eye 3:21 4:2,14
  4:22 6:4,13

**F**

F 8:1

fact 6:18
facts 3:13
failed 6:23
far 5:18
fatally 6:1
FAUVER 1:8
February 1:13
  8:21
Finally 6:19
financially 8:13
find 5:5,23 6:5
foregoing 8:5
FORMAROLI
  1:19
forth 3:8,11,12
  8:8
FURTHER 8:9

**G**

generally 5:17
generating 3:4
generation 6:14
Gerry 2:7
going 4:19
Golden 1:6 3:3
  3:20 6:25
great 4:19
GRIEGEL 2:19
  2:22

**H**

H 1:8
HAMILTON
  2:23
happened 3:21
head 3:21 4:1,22
  5:4 6:4
headaches 5:3
hearing 6:1
hereinbefore 8:8
HIGHWAY
  2:22
hit 3:20,25 4:22
HONORABLE
  1:16
Horse 1:20 2:12

2:16
House 2:7

**I**

identify 5:13
impact 5:16
impeached 4:21
  6:11
impeachment
  6:13
inconsistent 6:2
incorporate 3:10
incredible 5:1
injuries 3:25 4:2
  6:4,18
injury 4:14,23
  6:13
instructions 3:7
  3:11
interested 8:13
Internal 6:15
interviews 6:15
involved 4:11
issuance 3:19
issued 3:16
issues 3:15
item 6:19

**J**

JAIME 2:12
JAMES 2:20
Jersey 1:2,21 2:6
  2:8,13,16,23
  8:5,20
JOHN 1:16
JUDGE 3:1
judgment 5:15
jury 3:10

**K**

KAIGH 2:12
KENNETH 2:21

**L**

late 3:22
law 3:13

**LAZZARO** 2:20
**led** 5:13 6:14
**left** 4:1,2
**length** 4:19
**license** 2:5
**line** 3:22 4:12,24
6:1,4
**Litigation** 1:5
**Local** 3:18
**lockup** 3:22 4:23
6:1
**LOZIER** 2:21

**M**

**Master** 1:6,16
3:9,9,17 6:21
**Mastroianni**
1:19 2:4 8:3,19
**matter** 1:4 2:4
5:14
**measure** 6:7
**measured** 3:13
**Mejias** 3:11
**mentioned** 4:3
5:22
**month** 4:16
**Morris** 5:22
**motions** 5:21

**N**

**N** 2:10
**neither** 8:9,11
**nevertheless**
6:16
**New** 1:2,21 2:6,8
2:13,16,23 8:4
8:20
**NORTH** 2:12,16
**Notary** 2:6 8:3
8:20
**noticeable** 5:7
**number** 2:5 3:3

**O**

**O** 2:4 8:3,19
**obligation** 3:16

**observed** 6:14
**occasions** 4:12
**occur** 5:8
**occurred** 6:18
**offered** 6:3,12
**officer** 4:11 5:12
5:16,19,22
**Once** 3:6 5:1
**Opinion** 1:5
**opinion/report**
6:20
**Order** 3:8
**outcome** 5:14

**P**

**P** 2:10,10
**parameters** 3:7
**particular** 3:14
**particularly** 6:6
**parties** 8:11
**PC** 2:19
**perimeters** 3:7
**period** 4:16 5:3
**Pike** 1:20 2:12
2:16
**place** 4:13,23
5:25 8:8
**placing** 4:21 6:3
**plaintiff** 6:8,23
**PLAINTIFFS**
2:14,17
**Plaintiff's** 5:16
**Plaza** 2:7
**post** 5:20
**preponderance**
6:9
**presented** 6:21
**previous** 4:12
**principles** 3:12
**prior** 6:11
**Prison** 1:5
**proceeding** 3:6
4:24
**proceedings** 2:3
**proof** 6:9,17,24
**Public** 2:6 8:3,20

**punch** 3:21 4:2
**purpose** 3:4
**purposes** 6:13
**pursuant** 3:6

**R**

**R** 2:10 8:1
**RAY** 2:15
**really** 4:21
**reason** 5:8 6:7
**recommend** 7:3
**recommendati...**
6:25
**recommended**
5:15
**record** 5:18
**recovery** 7:2
**reference** 3:8,10
5:19
**references** 5:21
**Regard** 1:4
**regarding** 3:2
6:3
**reiterate** 5:23
**relative** 8:10,12
**relatively** 4:3
**release** 3:23 6:14
**reopened** 3:4
**report** 1:5 3:17
4:18 6:25 7:3
**Reporter** 2:5 8:4
**Reporting** 1:20
**resulting** 5:4
**return** 3:22 4:24
5:25
**reviewed** 6:22
**reviewing** 5:20
**RODNEY** 2:15
**ROSELLI** 2:19
**Rule** 3:18

**S**

**S** 2:10
**scar** 5:6
**scarring** 4:1
**September** 3:24

**set** 3:8,11 8:8
**setting** 3:12
**severity** 5:2
**Shorthand** 8:4
**shortly** 3:23
**side** 4:1
**significant** 4:6
**single** 5:4
**South** 1:20
**Special** 1:6,16
3:8,9,17 6:21
**SQUARE** 2:23
**State** 1:5 2:6,22
8:4,20
**stated** 4:14
**statements** 4:4
6:2,12
**States** 1:1 2:7
**stenographica...**
8:7
**STEVEN** 2:22
**SUITE** 2:13
**sustained** 7:1

**T**

**T** 8:1,1
**taken** 2:4 5:25
8:7
**ten-and-a-half**
5:3
**terms** 6:8
**testimony** 4:8,14
4:18,20 5:2 6:5
6:10 8:6
**thereof** 3:19
**Theresa** 2:4 8:3
8:19
**think** 5:8
**time** 4:14,15 6:4
8:7
**transcript** 2:3
3:5 5:20 8:6
**trial** 5:20 6:10
**true** 8:6
**turn** 3:1

**U**

**underlying** 3:12
**United** 1:1 2:7

**V**

**verdict** 7:4
**Victonio** 1:6 3:2
3:20
**Videoconfere...**
1:20
**vs** 1:7

**W**

**W** 1:16 2:21
**Walker** 3:11
5:12,16,19
**wasn't** 5:22
**WEDNESDAY**
1:13
**White** 1:20
**WILLIAM** 1:8
**written** 3:16 4:4
6:25

**X**

**XI0857** 8:21

**Y**

**year** 5:3

**0**

**07-CV-138** 1:2
**08-138** 3:3
**08012** 2:13,16
**08102** 2:8
**08106** 1:21
**08690** 2:23

**1**

**13** 1:13
**1337** 2:22
**19** 8:21
**1997** 3:24 4:16

**2**

**2008** 1:13 8:21
**2010** 8:20

**251** 1:20

---
**3**

**30X100085700**
  2:5
**32** 2:12,16
**33** 2:22

---
**5**

**5** 2:13 3:24 8:20
**52.1** 3:18

---
**6**

**609-586-2257**
  2:23

---
**8**

**856-232-3337**
  2:17
**856-546-1100**
  1:21

---
**9**

**9:30** 2:8