UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

VICTONIO GOLDEN                         :

          Plaintiff(s)         :         **JUDGMENT**

   (vs)                                 :

                                            Civil #08-00138 (RBK)

                                         :

BAYSIDE STATE PRISON, ET AL.           :

          Defendant(s)

---

The Hon. John Bissell, Special Master, appointed by this Court having found on February 13, 2008, and no timely objection having been filed,

IT IS, on this 21st day of July, 2008

ORDERED that the report of Hon. John Bissell dated February 13, 2008 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Victonio Golden.**

_____
HON. ROBERT B. KUGLER, U.S.D.J.